UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GAIL HANNIGAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-cv-00565-LM |
| ) | |
| v. ) | |
| ) | |
| THE MONARCH SCHOOL OF NEW ) | |
| ENGLAND ) | |
| ) | |
| Defendant. ) | |

## JOINT MEDIATION STATEMENT

NOW COME the parties, Gail Hannigan and The Monarch School of New England, by and through their respective counsel, and notify the Court that the parties are mediating this case on Friday, December 6, 2019.

    Respectfully submitted,

    GAIL HANNIGAN, Plaintiff

    By Her Attorneys,

    UPTON & HATFIELD, LLP

Date:  December 5, 2019    By: /s/ Heather M. Burns
    Heather M. Burns (NHBA #8799)
    Lauren S. Irwin (NHBA #10544
    Brooke Lovett Shilo (NHBA #20794)
    10 Centre Street, P.O. Box 1090
    Concord, NH 03302-1090
    (603) 224-7791
    hburns@uptonhatfield.com
    lirwin@uptonhatfield.com
    bshilo@uptonhatfield.com

    AND

2

                                                      THE MONARCH SCHOOL OF NEW ENGLAND, Defendant

                                                      By Its Attorneys,

                                                      JACKSON LEWIS P.C.

Date:  December 5, 2019            By: /s/ J. Joshua Scott
                                                      J. Joshua Scott (NHBA #17479)
                                                       Daniel P. Schwarz (NHBA #2282)
                                                      100 International Drive, Ste. 363
                                                      Portsmouth, NH  03801
                                                      (603) 559-2700
                                                      Joshua.scott@jacksonlewis.com
                                                      daniel.schwarz@jacksonlewis.com