UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GAIL HANNIGAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE MONARCH SCHOOL OF NEW ) <br> ENGLAND ) <br> ) <br> Defendant. ) | Case No. 1:19-cv-00565-LM |

**STIPULATION OF DISMISSAL**

The Parties, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate to the dismissal of this case with prejudice and without costs or fees to either party.

                                                   Respectfully submitted,

                                                   GAIL HANNIGAN, Plaintiff

                                                   By Her Attorneys,

                                                 UPTON & HATFIELD, LLP

Date: January 3, 2020            By: /s/ Heather M. Burns
                                                Heather M. Burns (NHBA #8799)
                                                Lauren S. Irwin (NHBA #10544)
                                                Brooke Lovett Shilo (NHBA #20794)
                                                10 Centre Street, P.O. Box 1090
                                                Concord, NH 03302-1090
                                                (603) 224-7791
                                                hburns@uptonhatfield.com
                                                lirwin@uptonhatfield.com
                                                bshilo@uptonhatfield.com

                                       AND

THE MONARCH SCHOOL OF NEW ENGLAND, Defendant

By Its Attorneys,

JACKSON LEWIS P.C.

Date: January 3, 2020    By: /s/ K. Joshua Scott
K. Joshua Scott (NHBA #17479)
Daniel P. Schwarz (NHBA #2282)
100 International Drive, Ste. 363
Portsmouth, NH 03801
(603) 559-2700
Joshua.scott@jacksonlewis.com
daniel.schwarz@jacksonlewis.com